IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

ABE S. TROYER,

        Plaintiff

-vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

: CASE NO. 5:14-cv-00815
:
:
: MEMORANDUM AND ORDER
: ADOPTING THE MAGISTRATE
: JUDGE'S REPORT AND
: RECOMMENDATION AND AFFIRMING
: THE COMMISSIONER'S FINAL
: DECISION
:

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  The plaintiff Abe. S. Troyer challenges the Commissioner of Social Security's final decision denying him Retirement Insurance Benefits under Section 202(a) of the Social Security Act. Pursuant to Local Rule 72.2(b) this matter was automatically referred to United States Magistrate Judge Nancy A. Vecchiarelli for preparation of a report and recommendation (R&R). In an R&R issued on 17 April 2015, the magistrate judge concluded that because the plaintiff unambiguously waived his right to receive social security benefits, this Court should affirm the Commissioner's final decision denying the plaintiff's application for Retirement Insurance Benefits.

  The plaintiff's timely objections to the magistrate judge's R&R are presently before the Court. This Court, having considered de novo those portions of the Report

and Recommendation to which the plaintiff specifically objects, pursuant to Local Rule 72.3(b) and 28 U.S.C. § 636(b)(1), concludes that the objections are without merit and that the R&R is without error. The R&R is adopted in its entirety. The Commissioner's final decision is affirmed.

  IT IS SO ORDERED.

                _____
                UNITED STATES DISTRICT JUDGE

Date: June 1, 2015